UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVON JAMES HYSON,

    Plaintiff,

v.

VIOLETTE A. STRINGER, *et al.*,

    Defendants.

Case No. C18-711-RAJ-JPD

REPORT AND RECOMMENDATION

Plaintiff, an inmate at the King County Jail in Seattle, Washington, is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. By Order dated July 23, 2018, the Court declined to serve plaintiff's amended complaint and granted leave to amend within thirty (30) days. Dkt. 12. To date, however, plaintiff has failed to submit a second amended complaint or otherwise respond to the Court's Order. Although plaintiff filed two "exhibits" to his amended complaint in September and October 2018, they are administrative segregation appeal forms and grievance forms containing plaintiff's objections regarding his ongoing telephone deadlock at the jail, and do not cure the deficiencies in plaintiff's amended complaint outlined in the Court's Order.

Accordingly, the Court recommends that this § 1983 action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation. The Clerk is directed to send copies of this Order to the plaintiff and to the Honorable James P. Donohue.

REPORT AND RECOMMENDATION
PAGE - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **November 7, 2018**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 9, 2018.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 17th day of October, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2